THE STATE OF OHIO, APPELLEE, *v.* BETTIS, APPELLANT.

2016-Ohio-8472.]

(No. 2016–1033—Submitted December 20, 2016—Decided December 30, 2016.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Pittman*, 150 Ohio St.3d 113, 2016-Ohio-8314, 79 N.E.3d 531, and this cause is remanded to the trial court for further proceedings consistent with our decision in *Pittman*.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

LANZINGER, J., dissents.

Carol Hamilton O'Brien, Delaware County Prosecuting Attorney, and Cory J. Goe, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Kristopher A. Haines, Assistant Public Defender, for appellant.